COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Principal Commercial Acceptance, L.L.C.  v.  Buchanan Fund V,
                         L.L.C.

Appellate case number:   01-11-00782-CV

Trial court case number: 2009-59436

Trial court:             165th District Court of Harris County

Date motion filed:       1/22/13

Party filing motion:     Appellant

     It is ordered that the motion for en banc reconsideration (styled by the appellant "Motion for Rehearing En Banc") is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Rebeca Huddle
           ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack, Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date:  April 18, 2013